**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

TASHINA L. FISH,

        Plaintiff - Appellant,

  v.

CAROLYN W. COLVIN, Commissioner
of Social Security Administration,

        Defendant - Appellee.

No. 12-35882

D.C. No. 4:11-cv-0080-RKS

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Montana
Keith Strong, Magistrate Judge, Presiding

Submitted April 10, 2014[**]
Seattle, Washington

Before: KOZINSKI, Chief Judge, and RAWLINSON and BEA, Circuit Judges.

Reviewing the decision of the district court de novo, we conclude that

substantial evidence supports the administrative law judge's denial of disability

benefits. *See Hill v. Astrue*, 698 F.3d 1153, 1158 (9th Cir. 2012). Although

---

      [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

      [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Tashina Fish suffered from a severe cognitive impairment, her back problems were not a severe physical impairment. Therefore, she retained the capacity to perform unskilled work with certain limitations.

**AFFIRMED**.